**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Baltimore DIVISION**

In re: FOREST HILL AUTO PARTS, INC. § Case No. 17-12706-NVA
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Zvi Guttman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $2,000.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $502.60 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $6,934.38 | | |

3) Total gross receipts of $15,386.20 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $7,949.22 (see **Exhibit 2**), yielded net receipts of $7,436.98 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $465.67 | $502.60 | $502.60 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $3,234.38 | $6,934.38 | $6,934.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $263,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL DISBURSEMENTS** | $263,000.00 | $3,700.05 | $7,436.98 | $7,436.98 |

4) This case was originally filed under chapter 7 on 02/28/2017. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/16/2018     By: /s/ Zvi Guttman
                          Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Misc. Overpayment Receipts | 1229-000 | $2,352.76 |
| A/R Over 90 days old. Face amount = $5,000.00. Doubtful/Uncollectible accounts = $2,000.00. | 1121-000 | $345.69 |
| Preference Litigation | 1241-000 | $12,687.75 |
| **TOTAL GROSS RECEIPTS** | | **$15,386.20** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Melinda Sealover | Distribution payment - Dividend paid at 100.00% of $7,949.22; Claim # A; Filed: $0.00 | 8200-050 | $7,949.22 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$7,949.22** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Harford County, Maryland Department of Law | 4800-000 | NA | $465.67 | $502.60 | $502.60 |
| | **TOTAL SECURED** | | **$0.00** | **$465.67** | **$502.60** | **$502.60** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Zvi Guttman | 2100-000 | NA | $2,288.62 | $2,288.62 | $2,288.62 |
| Trustee, Expenses - Zvi Guttman | 2200-000 | NA | $15.50 | $15.50 | $15.50 |
| Attorney for Trustee Fees - The Law Offices of Zvi Guttman, P.A. | 3110-000 | NA | $0.00 | $3,700.00 | $3,700.00 |
| Attorney for Trustee, Expenses - The Law Offices of Zvi Guttman, P.A. | 3120-000 | NA | $40.26 | $40.26 | $40.26 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $700.00 | $700.00 | $700.00 |
| Bond Payments - BOND | 2300-000 | NA | $7.30 | $7.30 | $7.30 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $182.70 | $182.70 | $182.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,234.38 | $6,934.38 | $6,934.38 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE INSOLVENCY UNIT | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| N/F | Bank of America | 7100-000 | $15,000.00 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $203,000.00 | NA | NA | NA |
| N/F | Napa Auto Parts | 7100-000 | $45,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$263,000.00** | **$0.00** | **$0.00** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 17-12706-NVA
Case Name: FOREST HILL AUTO PARTS, INC.

For Period Ending: 10/16/2018

Trustee Name: (400140) Zvi Guttman
Date Filed (f) or Converted (c): 02/28/2017 (f)
§ 341(a) Meeting Date: 04/04/2017
Claims Bar Date: 07/19/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account Account at Harford Bank, xxxxxx0855 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 2 | A/R Over 90 days old. Face amount = $5,000.00. Doubtful/Uncollectible accounts = $2,000.00. | 3,000.00 | 3,000.00 | | 345.69 | FA |
| 3 | Misc. Overpayment Receipts (u) | 2,352.76 | 2,352.76 | | 2,352.76 | FA |
| 4 | Preference Litigation (u) | 15,000.00 | 15,000.00 | | 12,687.75 | FA |
| 4 | **Assets Totals (Excluding unknown values)** | **$22,352.76** | **$22,352.76** | | **$15,386.20** | **$0.00** |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR): 06/30/2018          Current Projected Date Of Final Report (TFR): 06/28/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 17-12706-NVA | Trustee Name: | Zvi Guttman (400140) |
|---|---|---|---|
| Case Name: | FOREST HILL AUTO PARTS, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7383 | Account #: | ******0500 Checking |
| For Period Ending: | 10/16/2018 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/05/17 | {3} | GCIB Credit Services | Refund of overpayment | 1229-000 | 2,000.25 | | 2,000.25 |
| 04/05/17 | {3} | GCIB Credit Services | REfund of overpayment | 1229-000 | 134.01 | | 2,134.26 |
| 04/05/17 | {3} | Erie Insurance Exchange | Refund of overpayment | 1229-000 | 218.50 | | 2,352.76 |
| 04/05/17 | {2} | Caliber Holdings Corporation | A/R | 1121-000 | 30.42 | | 2,383.18 |
| 04/05/17 | {2} | Caliber Holdings Corporation | A/R | 1121-000 | 315.27 | | 2,698.45 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,688.45 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,678.45 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,668.45 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,658.45 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,648.45 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,638.45 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,628.45 |
| 11/30/17 | {4} | Timonium Auto Parts, Inc | Preference Settlement-Guttman v. Timonium Auto Parts Inc., Adv. Proc. No. 17-00408-nva | 1241-000 | 3,229.25 | | 5,857.70 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,847.70 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,837.70 |
| 01/22/18 | {4} | Timonium Auto Parts, Inc | Final Payment-Guttman v. Timonium Auto Parts Inc., Adv. Proc. 17-00408-nva | 1241-000 | 6,458.50 | | 12,296.20 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.02 | 12,284.18 |
| 02/28/18 | 101 | Insurance Partners Agency, Inc | Bond #3792891, Bond Term 3/1/2018-3/1/2019 | 2300-000 | | 7.30 | 12,276.88 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 16.48 | 12,260.40 |
| 03/21/18 | {4} | Genuine Parts Company | Preference Settlement per Order entered 3/6/18 P. 10 (Guttman v. Genuine Parts Company t/a NAPA Auto Parts, Adv. Proc. No. 17-00407-nva) | 1241-000 | 3,000.00 | | 15,260.40 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 18.93 | 15,241.47 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.19 | 15,220.28 |

Page Subtotals: $15,386.20   $165.92

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 17-12706-NVA | Trustee Name: | Zvi Guttman (400140) |
|---|---|---|---|
| Case Name: | FOREST HILL AUTO PARTS, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7383 | Account #: | ******0500 Checking |
| For Period Ending: | 10/16/2018 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.08 | 15,196.20 |
| 08/15/18 | 102 | Harford County, Maryland Department of Law | Distribution payment - Dividend paid at 100.00% of $502.60; Claim # 2; Filed: $465.67 | 4800-000 | | 502.60 | 14,693.60 |
| 08/15/18 | 103 | Zvi Guttman | Distribution payment - Dividend paid at 100.00% of $2,288.62; Claim # FEE; Filed: $2,288.62 | 2100-000 | | 2,288.62 | 12,404.98 |
| 08/15/18 | 104 | Zvi Guttman | Distribution payment - Dividend paid at 100.00% of $15.50; Claim # TE; Filed: $15.50 | 2200-000 | | 15.50 | 12,389.48 |
| 08/15/18 | 105 | The Law Offices of Zvi Guttman, P.A. | Distribution payment - Dividend paid at 100.00% of $3,700.00; Claim # ; Filed: $0.00 | 3110-000 | | 3,700.00 | 8,689.48 |
| 08/15/18 | 106 | The Law Offices of Zvi Guttman, P.A. | Distribution payment - Dividend paid at 100.00% of $40.26; Claim # ; Filed: $40.26 | 3120-000 | | 40.26 | 8,649.22 |
| 08/15/18 | 107 | Clerk, U.S. Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $700.00; Claim # ; Filed: $700.00 | 2700-000 | | 700.00 | 7,949.22 |
| 08/15/18 | 108 | Melinda Sealover | Distribution payment - Dividend paid at 100.00% of $7,949.22; Claim # A; Filed: $0.00 | 8200-050 | | 7,949.22 | 0.00 |

| | | COLUMN TOTALS | | | 15,386.20 | 15,386.20 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | Subtotal | | | 15,386.20 | 15,386.20 | |
| | | | Less: Payments to Debtors | | | 7,949.22 | |
| | | NET Receipts / Disbursements | | | $15,386.20 | $7,436.98 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9
Page: 3

| | |
|---|---|
| **Case No.:** 17-12706-NVA | **Trustee Name:** Zvi Guttman (400140) |
| **Case Name:** FOREST HILL AUTO PARTS, INC. | **Bank Name:** Rabobank, N.A. |
| **Taxpayer ID #:** **-***7383 | **Account #:** ******0500 Checking |
| **For Period Ending:** 10/16/2018 | **Blanket Bond (per case limit):** $3,000,000.00 |
| | **Separate Bond (if applicable):** N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0500 Checking | $15,386.20 | $7,436.98 | $0.00 |
| | **$15,386.20** | **$7,436.98** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**